IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL McKINZIE,

    Plaintiff,                    No. CIV S-05-2312 FCD KJM P

    vs.

JOSEPH TORRUELLA, et al.,

    Defendants.               <u>ORDER</u>

           /

         Plaintiff is a state prisoner proceeding pro se. By order filed January 11, 2006, plaintiff was given leave to file an amended complaint. Plaintiff has now filed an amended complaint.

         The amended complaint states a cognizable claim for relief under 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

         In accordance with the above, IT IS HEREBY ORDERED that:

         1. Service is appropriate for the following defendants: Torruella, Latterri, Kansier and Dayalan.

         2. The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed January 23, 2006.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Five copies of the endorsed amended complaint filed January 23, 2006.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: June 6, 2006.

                                        UNITED STATES MAGISTRATE JUDGE

2
mcki2312.1amd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL McKINZIE,

      Plaintiff,                               No. CIV S-05-2312 FCD KJM P

      vs.

JOSEPH TORRUELLA, et al.,               <u>NOTICE OF SUBMISSION</u>

      Defendants.                      <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        __1__      completed summons form

        __4__      completed USM-285 forms

        __5__      copies of the __1/23/06__
                                       Amended Complaint

DATED:

                                                        Plaintiff