IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL McKINZIE,

      Plaintiff,                                    No. CIV S-05-2312 FCD KJM P

      vs.

JOSEPH TORRUELLA, et al.,

      Defendants.                            <u>ORDER</u>

_____/

         Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  By order filed September 22, 2006, the United States Marshal was directed to serve process on defendants in this action, including defendant Latterri.  On October 23, 2006, the United States Marshal returned service unexecuted on defendant Latterri because said individual is deceased.  In light of the suggestion of defendant Latterri's death upon the record, the Clerk of the Court will be directed to serve a copy of the USM-285 form returned by the Marshal on plaintiff together with a copy of this order.  Service of said form will invoke the ninety day time limit for filing a motion for substitution pursuant to Federal Rule of Civil Procedure 25(a)(1).

/////

/////

1

1         Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall serve

2   on plaintiff forthwith a copy of the USM-285 form returned by the United States Marshal on

3   October 23, 2006 together with this order.

4   DATED: November 3, 2006.

                                              U.S. MAGISTRATE JUDGE

7   /mp
   mcki2312.deathdef