IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL McKINZIE,

          Plaintiff,          No. CIV S-05-2312 FCD KJM P

   vs.

JOSEPH TORRUELLA, et al.,

          Defendants.       <u>ORDER</u>

_____/

       Defendants have filed a motion to vacate the dates for filing pretrial statements, pretrial conference and trial.  This is appropriate in light of the pending motion for summary judgment.

       IT IS HEREBY ORDERED that defendants' September 7, 2007 motion is granted and the dates for filing pretrial statements, pretrial conference and trial, established in the scheduling order of December 20, 2006, are hereby vacated.

DATED:  September 17, 2007.

_____
U.S. MAGISTRATE JUDGE

2/mcki2312.46vtr

1